# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | |
|---|---|
| BARRINGTON BOYD,<br>    Plaintiff<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC<br>    Defendants | Civil Action No. 3:17-cv-00224-GCM |

## ORDER GRANTING JOINT MOTION TO MODIFY PRETRIAL ORDER AND CASE MANAGEMENT PLAN

This matter is before the undersigned on the parties' Joint Motion to Modify Pretrial Order and Case Management Plan. After considering the Motion, the record on file and the procedural posture of the case, the Court finds that good cause exists to grant the motion and modify the Pretrial Order and Case Management Plan.

It is therefore ORDERED that the Pretrial Order and Case Management Plan is modified as follows:

| | Previous Deadline | Modified Deadline |
|---|---|---|
| Plaintiff Expert Reports | 02/15/2018 | **05/15/2018** |
| Defendant Expert Reports | 03/15/2018 | **06/18/2018** |
| Discovery Completion | 03/30/2018 | **07/02/2018** |
| ADR | 05/15/2018 | **08/15/2018** |
| Dispositive Motions | 04/30/2018 | **08/01/2018** |
| Trial | 09/10/2018 | **01/22/2019** |

All other provisions and requirements of the Pretrial Order and Case Management Plan remain in full force and effect.

IT IS SO ORDERED.

Signed: February 14, 2018

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge