# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00224-GCM

| | |
|---|---|
| BARRINGTON BOYD, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) |
| Defendants. | ) |

**THIS MATTER COMES** before this Court on Plaintiff's Motion to Compel a 30(b)(6) Deposition and Extend Deadlines (Doc. No. 17) and Defendant's Motion to Strike Supplemental Initial Disclosures and Declaration. (Doc. No. 30). The Court will hold a telephone discovery conference with the Parties on Thursday, November 15, 2018 at 2:00 p.m. to discuss the issues raised in those Motions. The Court instructs the Parties to jointly call into the conference at the following number: (704) 350-7450.

**SO ORDERED**.

Signed: November 8, 2018

Graham C. Mullen
United States District Judge