**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:17-CV-00224-GCM**

| | | |
|---|---|---|
| **BARRINGTON BOYD,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER COMES** before this Court on Plaintiff's Motion to Compel a 30(b)(6) Deposition (Doc. No. 17) and Defendant's Motion to Strike Supplemental Initial Disclosures and Declaration (Doc. No. 30). The Court held a discovery conference in this matter on November 15, 2018.

For the reasons stated in the conference, the Court **GRANTS** Plaintiff's Motion to Compel a 30(b)(6) Deposition. The Plaintiff will have thirty (30) days from entry of this Order to conduct the deposition. This deadline can only be extended if the 30(b)(6) designee's travel schedule will not allow the deposition to take place within the time period. The first four topics listed on the Notice of Deposition remain as topics appropriate for the deposition. The Parties are instructed to contact Chambers as soon as the deposition has taken place to facilitate the scheduling of a summary judgment hearing.

1

For the reasons stated in the conference, the Court will withhold ruling on the Motion to Strike Supplemental Initial Disclosures until after the summary judgment hearing. Defendant's Motion to Strike Plaintiff's Declaration is **DENIED**.

**SO ORDERED**.

Signed: November 16, 2018

Graham C. Mullen
United States District Judge