# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00224-GCM

| | |
|---|---|
| BARRINGTON BOYD, ) ) Plaintiffs, ) ) v. ) ) TIAA-CREF INDIVIDUAL AND ) INSTITUTIONAL SERVICES, LLC TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, ) ) Defendants. ) ) | **ORDER** |

**THE COURT HELD** a hearing in this matter on March 27, 2019. For the reasons stated in open court, Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED** and Plaintiff's Motion for Partial Summary Judgment (Doc. No. 21) is **DENIED**.

**SO ORDERED**.

Signed: March 27, 2019

Graham C. Mullen
United States District Judge