# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Barrington Boyd, | JUDGMENT IN CASE |
| Plaintiff(s) | 3:17-cv-00224-GCM |
| vs. | |
| TIAA-CREF Individual and Institutional Services, LLC Teachers Insurance and Annuity Association of America, Defendant(s) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2019 Order.

March 27, 2019

_____
Frank G. Johns, Clerk
United States District Court